# United States District Court
## Southern District of Georgia

TARIQ SHLEEM BROWN

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:17-CV-38-WTM/GRS

KEVIN SPRAYBERRY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this court's order dated June 23, 2017, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing Petitioner's 28 U.S.C. § 2254 petition as untimely. This case stands closed.



| 6/23/17 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk